**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10213

Non-Argument Calendar

_____

RAZIEL OFER,

*Plaintiff-Appellant,*

*versus*

LAUREL M. ISICOFF,

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-24738-wfjg

_____

Before ROSENBAUM, JILL PRYOR, and NEWSOM, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction.  Raziel Ofer appeals directly from the district court's

2                        Opinion of the Court                    26-10213

order denying his motion to stay the proceedings pending a motion to recuse the district judge.

This order is not final because it did not end the litigation on the merits.  *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (explaining that a final judgment leaves nothing for the district court to do but execute the judgment).    And the order is not otherwise immediately appealable.  *See* 28 U.S.C. § 1292(a)(1) (providing for immediate appeal of certain injunction rulings); *Feldspar Trucking Co., v. Greater Atlanta Shippers Ass'n*, 849 F.2d 1389, 1391-92 (11th Cir. 1988) (holding that the denial of a motion to stay is not immediately appealable as an injunction ruling under § 1291(a)(1)); *Plaintiff A v. Schair*, 744 F.3d 1247, 1252-55 (11th Cir. 2014) (explaining that the denial of a motion to stay is not reviewable under the collateral order doctrine).

All pending motions are DENIED as moot.